UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| MCCLELLAN, BRENDA ) | | Case No. 05-16647-JHS |
| ) | | |
| Debtor(s). ) | | Hon. John H. Squires |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 219 S. Dearborn St., Courtroom 680, Chicago, IL 60604

    On: **April 29, 2008**            Time: **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $15,223.64 |
    | Disbursements | $1,212.72 |
    | Net Cash Available for Distribution | $14,010.92 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $2,271.82 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $6,786.00 | $443.36 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $1,200.00 | $0.00 | $0.00 |

{ MCCLELLA / 001 / 00012995.DOC /}

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

7. Claims of general unsecured creditors totaling $6,406.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 70.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Management Systems Corpora | $557.40 | $392.38 |
| 000002 | Recovery Management Systems Corpora | $1,038.35 | $730.95 |
| 000003 | World Financial Network National Bank | $182.40 | $128.40 |
| 000004 | World Financial Network National Bank | $359.08 | $252.77 |
| 000005 | World Financial Network National Bank | $221.77 | $156.11 |
| 000006 | World Financial Network National Bank | $1,181.42 | $831.66 |
| 000007 | World Financial Network National Bank | $230.49 | $162.26 |
| 000008 | SMC c/o HSBC Bank Nevada Na – Carsons | $1,788.04 | $1,258.69 |
| 000009 | B-Line, LLC/Target National Bank | $678.88 | $477.90 |
| 000010 | Von Maur - Chicago | $168.51 | $118.62 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

{ MCCLELLA / 001 / 00012995.DOC /}

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| ANIMALS | $ |

Dated: **March 24, 2008**   For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60610
(312) 276-1401

{ MCCLELLA / 001 / 00012995.DOC /}

## SERVICE LIST

**BRENDA MCCLELLAN**
**05 B 16647**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-16647    Doc 32    Filed 03/24/08    Entered 03/27/08 00:02:06    Desc Imaged
                    Certificate of Service    Page 5 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2          Date Rcvd: Mar 24, 2008
Case: 05-16647                Form ID: pdf002            Total Served: 42

The following entities were served by first class mail on Mar 26, 2008.
db           +Brenda Mcclellan,    2533 S 16th Avenue,    Broadview, IL 60155-4711
aty          +Sara K Ledford,    Ledford & Wu,    200 S Michigan Ave., Suite 209,    Chicago, IL 60604-2406
aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60610-6465
tr           +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60610-6465
9280451      +Americash Loans,    c/o Installment Loan Department,    880 Lee Street, Suite 302,
               Des Plaines, IL 60016-6487
9280452       Americash Loans,    2322 Harlem Avenue,    North Riverside, IL 60546-1414
9280455       Ashley Stewart,    PO Box 182273,    Northglenn, CO 80233
9280454      +Ashley Stewart,    PO Box 659705,    San Antonio, TX 78265-9705
9280453       Ashley Stewart,    222 W. Schrock Road,    Westerville, OH 43081
9280456      +Carson Pirie Scott,    PO Box 10327,    Jackson, MS 39289-0327
9280457       Carson Pirie Scott,    PO Box 17633,    Baltimore, MD 21297-1633
9280458       Chadwick's of Boston, Ltd.,    PO Box 659562,    San Antonio, TX 78265-9562
9280459      +Chadwick's of Boston, Ltd.,    PO Box 182746,    Columbus, OH 43218-2746
9280460       Check Into Cash,    9165 W. Cermak Rd.,    North Riverside, IL 60546-1060
9280461       Citifinancial Services, Inc.,    PO Box 221649,    Charlotte, NC 28222-1649
9280462      +Fast Cash Advance,    10311 W. Roosevelt Road,    Westchester, IL 60154-2520
9280463      +GE Capital Auto Finance,    Box 310,    Barrington, IL 60011-0310
9280465      +JC Penney / Monogram Credit Card,    PO Box 960001,    Orlando, FL 32896-0001
9280466      +Jessica London,    PO Box 659728,    San Antonio, TX 78265-9728
9280467      +Lane Bryant,    PO Box 182127,    Columbus, OH 43218-2127
9280468      +Nationwide Credit & Collection,    9919 W. Roosevelt Rd.,    Westchester, IL 60154-2774
10799526     +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10799529     +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
9280469      +Retailers Natl Bank - Target,    PO Box 59231,    Minneapolis, MN 55459-0231
9280470      +Richard A. Snow,    123 W. Madison St., Suite 310,    Chicago, IL 60602-4847
10838026     +SMC c/o HSBC Bank Nevada NA - Carson Pirie Scott,    PO Box 19249,    Sugar Land, TX 77496-9249
9280471       Sam's Club,    PO Box 105980, Dept. 77,    Atlanta, GA 30353-5980
9280472       Sam's Club/GE Capital,    PO Box 4539,    Carol Stream, IL 60197-4539
9280473       Sams Club / MBGA,    PO Box 981400,    El Paso, TX 79998-1400
9280474      +Target National Bank,    3701 Wayzata Blvd.,    Minneapolis, MN 55416-3400
9280475       The Avenue,    PO Box 659584,    San Antonio, TX 78265-9584
9280476       The Avenue / Citicorp,    PO Box 6000,    The Lakes, NV 88901-6000
9280477     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady Street,    Davenport, IA 52806)
10925081     +Von Maur - Chicago,    c/o H & R Accounts, Inc.,    PO Box 672,    Moline, IL 61266-0672
9280478      +Wickes Furniture,    PO Box 9767,    Macon, GA 31297-9767
10805659     +World Financial Network National Bank,    Jessica London,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10805660     +World Financial Network National Bank,    Chadwicks,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10805661     +World Financial Network National Bank,    Lane Bryant Retail,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10805657     +World Financial Network National Bank,    The Avenue,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10805656     +World Financial Network National Bank,    Ashley Stewart,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Mar 25, 2008.
10851832     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Mar 25 2008 02:13:27
               B-Line, LLC/Target National Bank,    B-Line, LLC,    Mail Stop 550,    2101 4th Avenue, Suite 1030,
               Seattle, WA 98121-2317
9280464      +E-mail/PDF: bankruptcy@hraccounts.com Mar 25 2008 02:13:50     H&R Accounts,    P.O. Box 672,
               Moline, IL 61266-0672
                                                                                              TOTAL: 2
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 24, 2008
Case: 05-16647                Form ID: pdf002          Total Served: 42

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**                    **Signature:**    *Joseph Speetjens*